```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                        TAMPA DIVISION
```

DONETTE CABRERA,

      Plaintiff,

v.                              CASE NO:   8:08-cv-2456-T-33MAP

BAYCARE HEALTHSYSTEM, INC.,

      Defendant.
_____/

**ORDER**

This cause comes before the Court pursuant to Plaintiff's Motion for Entry of an Order of Dismissal with Prejudice Pursuant to Rule 41(a)(2) (Doc. # 64). Defendant filed a Response thereto (Doc. # 69). Plaintiff filed, with leave of Court, an Amended Reply (Doc. # 78).

Defendant indicates in its response that it will agree to dismissal with prejudice only upon the condition that Plaintiff and her counsel, Nancy Cavey and the firm of Cavey & Barrett, P.A., be made to pay all reasonable costs and attorneys' fees to the Defendant for having to defend against a frivolous case since December 2008.

Having considered the motion, response, and reply and being otherwise fully advised, the Court finds that the motion should be granted without condition. The exceptional circumstances required for imposing an award of attorney's

fees as a condition of allowing dismissal with prejudice are not present in this case.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Plaintiff's Motion for Entry of an Order of Dismissal with Prejudice Pursuant to Rule 41(a)(2) (Doc. # 64) is **GRANTED**.  The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>30th</u> day of November, 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record

2